UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID AND CHRISTINE BENNETT;**         **PLAINTIFFS**
**FREDDIE AND SUSAN MARSH; PANAN**
**TERRY; JIM AND MARTY GARLAND;**
**STEWARD AND LAURA CHEAK; DAVID**
**C. AND SANDRA A. POWELL; PHIL**
**AND JILL MCCONNELL; REX AND SHARON**
**JOHNSON; PHYLLIS BAIZE; BRUCE H. AND**
**PATTI A. BAKONY; RICHARD AND DEBORAH**
**SKASIC; AND SUSAN SUMNERS**

**v.**         **CASE NO. 4:09cv00315 BSM**

**PLANNING COMMISSION, CITY OF BRYANT,**
**ARKANSAS, ET AL.**         **DEFENDANTS**

## ORDER

Plaintiffs and defendants jointly request a forty-five day stay to allow them to implement and complete the terms and conditions of settlement.  For good cause shown, the motion is granted.  All deadlines are suspended until November 15, 2010.  On that day an amended final scheduling order will issue.

IT IS SO ORDERED this 30th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE