UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID AND CHRISTINE BENNETT;
FREDDIE AND SUSAN MARSH; PANAN
TERRY; JIM AND MARTY GARLAND;
STEWART AND LAURA CHEAK; DAVID
C. AND SANDRA A. POWELL; PHIL
AND JILL MCCONNELL; REX AND SHARON
JOHNSON; PHYLLIS BAIZE; BRUCE H. AND
PATTI A. BOKONY; RICHARD AND DEBORAH
SKASICK; AND SUSAN SUMNERS**                                                                       **PLAINTIFFS**

v.                                             **CASE NO. 4:09cv00315 BSM**

**PLANNING COMMISSION, CITY OF BRYANT,
ARKANSAS, ET AL.**                                                                                       **DEFENDANTS**

## ORDER

The parties request that this case be dismissed with prejudice due to settlement. [Doc. No. 33].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 6th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE